172 So.2d 702

**Mrs. Merlie THOELE, wife of/and
Frederick F. CLASEN**

v.

**EXCEL FINANCE CAUSEWAY, INC.**

No. 47669.

March 29, 1965.

In re: Mrs. Merlie Thoele, wife of/and Frederick P. Clasen applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So. 2d 924.

Writ refused. On the facts found by the Court of Appeal the result is correct.

■

172 So.2d 702

**John E. ALLEMAN**

v.

**Gary K. PATTERSON and American
Home Assurance Company.**

No. 47679.

March 29, 1965.

In re: Gary K. Patterson and American Home Assurance Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 172 So.2d 156.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■

172 So.2d 702

**STATE of Louisiana**

v.

**Mary Kathryn HAMPTON et al.**

No. 47681.

March 29, 1965.

In re: Mary Kathryn Hampton applying for writs of certiorari, prohibition and mandamus.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.